UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                        :

                               Plaintiff,                    :
                                                              :                                     22-CV-10148 (JMF)
                 -v-                                           :
                                                              :                                         ORDER
$5,379,876.94 IN UNITED STATES CURRENCY   :
FORMERLY ON DEPOSIT IN SUNFLOWER BANK,  :
N.A. ACCOUNT 1101996560, HELD IN THE NAME    :
OF "OFAC BLOCKED ACCOUNT MALOFEYEV,"      :
                                                               :
                                      Defendant-*in-rem*.        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On December 26, 2022, the Court received an email with three attachments from Pavel Kuzmin. The attachments were: a letter from Mr. Kuzmin to the United States Attorney, Damian Williams, dated December 26, 2022, indicating that he is not authorized to accept service in this case; a letter to the Acting United States Attorney, Mark Lesko, dated May 7, 2021; and an email exchange dated September 23, 2021. The email and attachments will be placed under seal. The Court does not intend to take further action on the submissions; to the extent the Government (which appears to have received the submissions directly) believes the Court should take action in connection with the submissions, it should advise the Court by letter-motion.

        SO ORDERED.

Dated: January 3, 2023
           New York, New York                                       JESSE M. FURMAN
                                                                     United States District Judge