UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                         :
                        Plaintiff,                                       :
                                                                         :
            -v-                                                          :   22-CV-10148 (JMF)
                                                                         :
$5,379,876.94 IN UNITED STATES CURRENCY                                  :   ORDER OF DISMISSAL
FORMERLY ON DEPOSIT IN SUNFLOWER BANK,                                   :
N.A. ACCOUNT 1101996560, HELD IN THE NAME                                :
OF "OFAC BLOCKED ACCOUNT MALOFEYEV,"                                     :
                                                                         :
                        Defendant-*in-rem*.                              :
                                                                         :
-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On February 2, 2023, the Court signed a Judgment of Forfeiture in favor of Plaintiff. ECF No. 8.  Accordingly, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to a motion to reopen the action **within sixty days** of the date of this Order if any party believes there is a basis to do so.

Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

        SO ORDERED.

Dated: February 3, 2023                              _____
       New York, New York                                    JESSE M. FURMAN
                                                          United States District Judge