UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
EVGENY RYZHOV, :
:
:
Plaintiff, :
-v- : 23-CV-1072 (JMF)
:
$5,379,876.94 IN UNITED STATES CURRENCY : ORDER
FORMERLY ON DEPOSIT IN SUNFLOWER BANK, :
NA, ACCOUNT 11101996560, HELD IN THE NAME :
OF "OFAC BLOCKED ACCOUNT MALOFEYEV," et :
al., :
:
:
Defendants. :
:
---------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

    On February 7, 2023, Plaintiff Evgeny Ryzhov brought this action *pro se* against three defendants: (1) $5,379,876.94 in United States currency formerly on deposit in Sunflower Bank, N.A.; (2) Konstantin Malofeyev, who is also a Russian national; and (3) Tsargrad TV, which he alleges is a Russian-based media company. This Court's February 27, 2023 Order, *see* ECF No. 6, directed Plaintiff to show cause within fourteen days why his complaint should not be recharacterized — at least as to his claims against the $5,379,876.94 — as an application to reopen the judgment of forfeiture in *United States of America v. $5,379,876.94*, No. 1:22-CV-10148 (JMF).

    Plaintiff failed to respond within the time allowed. The Court therefore directs the Clerk of Court to sever Plaintiff's claim against the $5,379,876.94 in United States currency formerly on deposit in Sunflower Bank, N.A., and have Plaintiff's complaint docketed as a motion to reopen in 1:22-CV-10148 (JMF). Plaintiff's remaining claims will remain under this docket number as a separate civil action. The Court will enter appropriate orders in each action in due course.

    SO ORDERED.

Dated: March 16, 2023
       New York, New York                          _____
                                                                   JESSE M. FURMAN
                                                         United States District Judge