UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
       :
UNITED STATES OF AMERICA,       :
       :
       Plaintiff,       :
       -v-       :       22-CV-10148 (JMF)
       :
$5,379,876.94 IN UNITED STATES CURRENCY       :       ORDER
FORMERLY ON DEPOSIT IN SUNFLOWER BANK,       :
N.A. ACCOUNT 1101996560, HELD IN THE NAME       :
OF OFAC BLOCKED ACCOUNT MALOFEYEV,       :
       :
       Defendant.       :
       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 7, 2023, Plaintiff Evgeny Ryzhov brought a separate civil action *pro se* against three defendants: (1) $5,379,876.94 in United States currency formerly on deposit in Sunflower Bank, N.A.; (2) Konstantin Malofeyev; and (3) Tsargrad TV.  *See Ryzhov v. $5,379,876.94*, No. 23-CV-1072, ECF No. 1.  By Order entered yesterday, the Court severed Ryzhov's claim against the $5,379,876.94 and directed that it be filed in this case.  *See Ryzhov v. $5,379,876.94*, No. 23-CV-1072, ECF No. 8.  The Court will treat the claim — which has now been filed in this case, *see* ECF No. 11 — to be a motion to reopen this case.  Plaintiff shall respond to the motion by **April 7, 2023**; any reply shall be filed by **April 21, 2023**.

       The Clerk of Court is directed to mail a copy of this order to Ryzhov and, out of an abundance of caution, to docket it in both this case and in No. 23-CV-1072.  Ryzhov is informed that if he wishes to consent to consent to electronic service in this case, as he did in No. 23-CV-1072, he must file a notice of consent in this case as well.

       SO ORDERED.

Dated: March 17, 2023       _____
       New York, New York       JESSE M. FURMAN
       United States District Judge